FARRELL, Appellant, v. SNARE & TRIEST, Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by James Farrell against Snare & Triest. C. L. Reed, for appellant. C. C. Nadal, for respondents.

PER CURIAM. Judgment affirmed, with costs.

LAUGHLIN, J., dissents.